UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MATHEW JAMES, an individual,

    **Plaintiff,**

    v.          Civil No. 06-1069-AA

VERIZON COMMUNICATIONS, INC.,
a Delaware corporation, and VERIZON
NORTHWEST, INC.,

    **Defendants.**
_____

## ORDER OF DISMISSAL

  Counsel having informed the court that this action has been settled,

  This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated.

  Dated: December 6, 2007.

            Sheryl McConnell, Clerk


            by: /s/ Leslie Engdall
              Leslie Engdall, Deputy

**ORDER OF DISMISSAL**